# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Clerk's Office | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 13 cv 5132 | **DATE** | 9/10/13 |
| **CASE TITLE** | Friedlander v. National Credit Adjusters, L.L.C. et al | | |

**DOCKET ENTRY TEXT**

Default is entered pursuant to FRCP 55(a) as to National Credit Adjusters, L.L.C. for failure to answer or otherwise plead.

Docketing to mail notices.

00:00

| | Courtroom Deputy Initials: | mjc |
|---|---|---|