# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALAN FRIEDLANDER, ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> NATIONAL CREDIT ADJUSTERS, ) </br> L.L.C.; and ) </br> DOE 1-5 ) </br> Defendants. ) | Civil Action No. 1:13-cv-5132 </br></br> Hon. Judge John J. Tharp, Jr. |

## ORDER GRANTING PLAINTIFF'S MOTION
## FOR DEFAULT JUDGMENT AND ATTORNEYS FEES

The matter before the Court is Plaintiff Alan Friedlander's Motion for Default Judgment against National Credit Adjusters, L.L.C. ("Defendant") pursuant to FRCP Rule 55(b)(2).

## I. PROCEDURAL BACKGROUND.

On July 17, 2013, Plaintiff filed suit against Defendant alleging violations of the Fair Debt Collection Practices Act (15 U.S.C. 1692 et seq.). Defendant was served with the lawsuit on July 29, 2013. Defendant failed to file a responsive pleading or otherwise appear in any manner. Defendant did not contact Plaintiff. On August 21, 2013, Plaintiff filed a Request for Entry of Default, which the Court entered on September 10, 2013. Defendant did not move to set aside the Entry of Default or otherwise appear. On October 17, 2013, Plaintiff moved for the current Default Judgment.

## PLAINTIFF'S COMPLAINT SUPPORTS A CLAIM FOR RELIEF

Plaintiff's allegations are sufficient to show that Defendant violated the Fair Debt Collection Practices Act. Plaintiff's allegations may be taken as true in the absence of Defendant's response.

**DAMAGES**

The Fair Debt Collection Practices Act provides for statutory damages as the court may allow, but not exceeding $1,000; any actual damage sustained by such person, and the costs of the action, together with a reasonable attorney's fee as determined by the court. (15 U.S.C. 1692k). Plaintiff seeks $1,000 in statutory damages, $447.41 in costs, and $3,600.00 in attorney's fees. Plaintiff has sufficiently pled violations of the 15 U.S.C. 1692d(6) and 1692e(11), and is therefore awarded $200.00 pursuant to 15 U.S.C. 1692k(a)(2)(A). Plaintiff's attorney has submitted a detailed billing summary accounting for $447.41 in costs and $3,600.00 in attorney's fees. Commensurate with the average hourly rate in the region, Plaintiff's attorney's rate and therefore calculated fees are found to be reasonable.

**ORDER**

IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment is GRANTED.

IT IS FURTHER ORDERED that judgment is entered in favor of Plaintiff Alan Friedlander and against National Credit Adjusters, L.L.C. in the amount of $4,247.41.

IT IS SO ORDERED on this 23rd day of October, 2013.
.

_____
JOHN J. THARP, JR.
UNITED STATES DISTRICT JUDGE